JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRYAN WILLIAMS, | ) | Case No. SACV-19-01042-R-E |
| Plaintiff(s), | ) | |
| v. | ) | **ORDER OF DISMISSAL BY LACK OF PROSECUTION** |
| TONG HYON KIM, et al., | ) | |
| Defendant(s). | ) | |

Plaintiff was ordered to show cause in writing by not later than **September 3, 2019** why this action should not be dismissed for lack of prosecution;

WHEREAS, this period has elapsed without any action by plaintiff.

The Court hereby DISMISSES this instant action for lack of prosecution.

Dated: September 13, 2019

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE